CHIEF JUSTICE
ROGELIO VALDEZ

JUSTICES
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

CLERK
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 23, 2015

Mr. Steven Breed
TDCJ# 1859585
Huntsville Unit
815 12th St.
Huntsville, TX 77348

Hon. G. Brian Garrison
Assistant District Attorney
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Hon. Katherine A. Drew
Assistant Public Defender
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 2
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Hon. Craig Watkins
District Attorney
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd.., LB 19
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00382-CR
Tr.Ct.No. F12-00533-V
Style:    STEVEN BREED v. THE STATE OF TEXAS


Pro Se's motion for rehearing en banc reconsideration in the above cause was this day DENIED by this Court.


Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch